# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **ABG EPE IP, LLC,**  *Plaintiff,*  v.  **aidegou3,** *et al.,*  *Defendants.* | Civil Action No. |

### PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE PROCESS ON DEFENDANTS BY ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff ABG EPE IP, LLC, by and through undersigned counsel, hereby moves this Court for an order authorizing service of process on Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeffrey B. Sladkus, filed concurrently herewith. A proposed Order is also submitted with this Motion.

Dated: August 23, 2022.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        s/ *Carrie A. Hanlon*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jeffrey B. Sladkus
        Ga. Bar No. 651220
        E-mail: jeff@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com

        1397 Carroll Drive
        Atlanta, GA 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***